UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**GREGORY M. CROSSMAN and
KIM EBERLE,**

*Plaintiffs,*

vs.

**NORTHSTAR LOCATION SERVICES, LLC, and
LVNV FUNDING, LLC**

*Defendants.*

**STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE AND ON
THE MERITS**

Civil Action No. 08-cv-0691

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiffs and Defendants in the above-entitled action, that whereas neither the Plaintiffs nor the Defendants are an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, discontinued with prejudice and on the merits, without costs or fees to either Plaintiffs or Defendants as against the other. In accordance with Rule 2104 of the CPLR, it is stated that the terms of this Stipulation involve a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

**DATED:** July 27, 2009

**LAW OFFICES OF KENNETH HILLER**

By: _____
Amanda R. Jordan

*Attorneys for Plaintiffs*
*Gregory M. Crossman and Kim Eberle*
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
Telephone: (716) 564-3288
E-mail: ajordan@kennethhiller.com

**HISCOCK & BARCLAY, LLP**

By: _____
John P. Gaughan

*Attorneys for Defendants*
*Northstar Location Services, LLC and*
*LVNV Funding, LLC*
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203
Telephone: (716) 566-1300
E-mail: jgaughan@hblaw.com